EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**JAMES CHANDLER RYDER,**<br>a/k/a Mitch Ryder<br><br>*Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.   21-MJ-273-KEW |

I, Special Agent Miles Ailstock, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about April 9, 1999, in the Eastern District of Oklahoma, defendant **JAMES CHANDLER RYDER** committed the crimes of **Murder in Indian Country** in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1152.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Special Agent Miles Ailstock, which is attached hereto and made a part hereof by reference.)

☒   Continued on the attached sheet.

Miles Ailstock
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: June 1, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer



## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Miles Ailstock, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been a Special Agent since September 2018. As part of my duties, I investigate violations of federal law, including cyber-crime cases, computer and network intrusions, ransomware, cyber stalking, and internet fraud. I have gained experience in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have personally participated in the execution of search warrants. Prior to my employment as a Special Agent with the FBI, I worked as a Special Agent with the United States Secret Service (USSS) in Brooklyn, New York from January 2017 to September 2018. During my time as a Special Agent, I was part of the Financial Crimes Task Force (FCTF). While I was with the FCTF, I performed criminal investigations related to counterfeit currency, identify theft and Bank mail compromises. Prior to working as a Special Agent with the USSS, I worked as a Police Officer with the Virginia Beach Police Department (VBPD) in Virginia Beach, Virginia from July 2014 to January 2017. As part of VBPD I investigated violations of state law, including violent and nonviolent criminal matters. I presented evidence found during my criminal investigations during criminal trials.

2. I am authorized to obtain and execute federal arrest, search and seizure warrants. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined

1

by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA).

3. The statements contained in this Affidavit are based in part on information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that **JAMES CHANDLER RYDER, aka Mitch Ryder**, hereinafter referred to as **RYDER**, committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

4. As will be shown below, there is probable cause to believe that **RYDER,** committed two counts of Murder in Indian Country in violation of Title 18 United States Code, Sections 1111, 1151 and 1152.

5. VENUE: the facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma. More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma (2020)*, the below described location is within the geographic boundaries of the Choctaw Nation Reservation, and therefore is within Indian Country.

6. DEFENDANT: the defendant **RYDER**, has a date of birth of xx/xx/1962. It is unconfirmed whether he is an Indian.

7. VICTIMS: the victims are Sam Hallum, hereinafter referred to as SAM and Daisy May Hallum, hereinafter referred to as Daisy. SAM's date of birth is xx/xx/1960, and DAISY's date of birth is xx/xx/1929. Both SAM and DAISY are enrolled members of the Choctaw Nation.

8. Affiant received information regarding a crime which occurred in Pittsburg County, Oklahoma, within the Eastern District of Oklahoma and the territorial boundaries of the Choctaw Nation Reservation. This Affidavit is made in support of a Complaint and Arrest Warrant for crimes in violation of Title 18 United States Code, Sections 1111, 1151, and 1152. In support of this request, I submit the following:

9. On April 9, 1999, Pittsburg County Sheriff's Office Investigator Kevin Hammons requested Oklahoma State Bureau of Investigation (OSBI) assistance to investigate the murders of SAM and DAISY that occurred in northern Pittsburg County, Oklahoma.

10. OSBI Agents Charles Mackey, Kathy Splawn, John Jones, along with OSBI Criminalists Iris Dalley and Travis Holman traveled to the home of SAM and DAISY in Eufaula, Oklahoma.

11. On April 9, 1999, OSBI Agents Mackey and Splawn spoke with C.M. C.M. advised the Agents that she suspected **RYDER** may have killed SAM and DAISY. C.M. told the Agents that **RYDER** had recently stayed at her home near Eufaula and that **RYDER** was angry at SAM and DAISY because he believed SAM and DAISY cheated him out of some of his belongings. C.M. stated that when she got home on the night of April 8, 1999, **RYDER** was at her residence. **RYDER** was holding a washcloth over his left hand. **RYDER** told C.M. that he had nearly shot one of his fingers off while he was turkey hunting. On the morning of April 9, 1999, C.M. looked for **RYDER's** guns, which she knew he had, but she was not able to find them. She asked **RYDER** where his guns were. **RYDER** denied having any guns.

12. On April 9, 1999, OSBI Criminalist Dalley conducted the crime scene investigation at SAM and DAISY's home. From the blood spatter evidence she examined at the home, Dalley concluded that someone other than SAM and DAISY had bled at the scene.

3

13. On April 11, 1999, C.M. contacted OSBI Agent Mackey and reported that she had received a phone call from **RYDER's** mother. **RYDER's** mother stated that **RYDER** was at Northeast Georgia Medical Center at Gainesville, Georgia, where he received treatment for his finger. OSBI Agent Mackey telephoned the Hall County Georgia Sheriff's Department to notify them of **RYDER's** whereabouts. Hall County Deputy Carl Dietrich arrested **RYDER** at the Northeast Georgia Medical Center. Deputy Dietrich arrested **RYDER** on an outstanding Hall County Georgia Arrest Warrant for Aggravated Assault with a Gun.

14. On April 12, 1999, **RYDER** was charged with two counts of Murder in the First Degree in Pittsburg County District Court. Special District Judge James Bland issued an arrest warrant for **RYDER**.

15. On May 5, 1999, OSBI Criminalist Ronald Williams reported that a blood stain taken from the carpet in SAM and DAISY's kitchen and a blood stain on a washcloth taken from C.M.'s bathroom matched **RYDER's** DNA profile.

16. On May 25, 1999, Dr. R. F. Distefano, Office of the Chief Medical Examiner, reported that DAISY's cause of death was blunt trauma to the head and SAM's cause of death was gunshot wounds to the chest and abdomen.

17. On June 28, 1999, **RYDER** was served with an arrest warrant issued by the Georgia Governor.

18. On August 1, 1999, Pittsburg County Deputies Tommy McCracken and Lynn Kannady transported **RYDER** from the Hall County Georgia Jail to McAlester, Oklahoma.

19.  Based on a review of this case, and based on my knowledge and experience, I, as your Affiant have probable cause to believe **JAMES CHANDLER RYDER, aka Mitch Ryder**, committed the crime of Murder, in violation of Title 18 United States Code, Sections 1111, 1151, and 1152.

Respectfully Submitted,

_____
Miles Ailstock, Special Agent
Federal Bureau of Investigation

Sworn and subscribed this 1st day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA